ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
California Bar No. 140310
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6528
    Facsimile: (213) 894-7177
    E-mail: Greg.Parham@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>         Plaintiff, <br>     v. <br> $13,000.00, $9,000.00 AND $8,000.00 IN U.S. CURRENCY, <br>         Defendants. <br> RAYMOND CHARLTON, <br>         Claimant. | NO. CV 11-00122 MMM(PJWx) <br><br> [~~Proposed~~] <br><br> **CONSENT JUDGMENT OF FORFEITURE** |

    This action was filed on January 5, 2011. Notice was given and published in accordance with law. No statements of interest or answers have been filed, and the time for filing such statements

and answers will not expire until March 3, 2011. Plaintiff and potential claimant Raymond Charlton ("claimant"), from whom the $13,000.00, $9,000.00 and $8,000.00 in U.S. currency ("defendant currency") was seized and who filed an administrative claim thereto, have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $25,500.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. $4,500.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to claimant not later than sixty (60) days from the date of the entry of this judgment by electronic transfer directly into Capitol One Bank account number 936-605-

      2364 entitled "Raymond Charlton." Claimant agrees to provide appropriate financial institution account information within 10 days of execution of this consent judgment.

5. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

7. The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this Consent Judgment.

Dated: March 7, 2011

                                                _____
                                                THE HONORABLE MARGARET M. MORROW
                                                UNITED STATES DISTRICT JUDGE

**[Signatures of parties appear on the next page.]**

Case 2:11-cv-00122-MMM-PJW   Document 4   Filed 03/07/11   Page 4 of 4   Page ID #:27

1  **Approved as to form and content:**

2  Dated: March ____, 2011    ANDRÉ BIROTTE JR.
                              United States Attorney
3                             ROBERT E. DUGDALE
                              United States Attorney
4                             Chief, Criminal Division
                              STEVEN R. WELK
5                             Assistant United States Attorney
                              Chief, Asset Forfeiture Section
6
                              _____
7                             P. GREG PARHAM
                              Assistant United States Attorney
8                             Asset Forfeiture Section

9                             Attorneys for Plaintiff
                              United States of America
10

11
   Dated: March ____, 2011
12
                              _____
13                            RAYMOND CHARLTON
                              Potential Claimant

4